Kenneth B. Black (5588)
kblack@foley.com
Wesley F. Harward (15623)
wharward@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

*Attorneys for Quartzdyne, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| QUARTZDYNE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>PRECIS, LLC, a Utah limited liability company; LON PERRY, an individual; and SCOTT BROWN, an individual,<br><br>            Defendants. | **STIPULATED DISMISSAL**<br><br>Case No. 2:20-cv-00634-DBB-CMR<br><br>The Honorable David B. Barlow<br>The Honorable Cecilia M. Romero |

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Quartzdyne, Inc., and Defendants Precis, LLC, Lon Perry, and Scott Brown hereby stipulate to the dismissal of this action with prejudice and without a court order. All parties shall bear their own fees and costs.

DATED:  February 23, 2023

          FOLEY & LARDNER LLP

          /s/ Kenneth B. Black
          Kenneth B. Black
          Wesley F. Harward

*Attorneys for Plaintiff Quartzdyne, Inc.*

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Lara A. Swensen (with permission)
Lara A. Swensen

*Attorneys for Defendants Precis, LLC, Lon Perry and Scott Brown*

4868-5260-5265.1